# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2025 KW 0349

VERSUS

FITZPATRICK WILLIAMS

**JUNE 30, 2025**

---

In Re:    Fitzpatrick Williams, applying for supervisory writs, 21st Judicial District Court, Parish of St. Helena, No. 19375.

---

**BEFORE:    PENZATO, WOLFE, AND FIELDS, JJ.**

   **WRIT NOT CONSIDERED.** Counsel failed to comply with Uniform Rules of Louisiana Courts of Appeal, Rule 4-2, by failing to include documentation of a timely request for a return date. Counsel also failed to comply with Rule 4-5(B), by failing to consecutively number the pages of the writ application and failed to indicate the manner of service and failed to include the judge's and opposing counsel's contact information in the Verification. See Local Rules Louisiana Courts of Appeal, First Circuit, Rule 2(H). Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event counsel elects to file a new application with this court, the application must be filed on or before July 22, 2025. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

**AHP**
**EW**
**WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT